# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Robert Hankins,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:12-168** |
| | ) | |
| v. | ) | **District Judge Terrence F. McVerry** |
| | ) | **Magistrate Judge Susan Paradise Baxter** |
| **Wolf, et al.** | ) | |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

On March 13, 2013, Plaintiff Robert Hankins filed a Motion for Preliminary Injunction and/or a Motion for Temporary Restraining Order (ECF No. 20). The motion was referred to Magistrate Judge Susan Paradise Baxter.

Magistrate Judge Baxter held a telephonic hearing on the motion(s) on April 12, 2013. At the conclusion of the hearing, Magistrate Judge Baxter placed on the record a Report and Recommendation in which she recommended that the Motion for Preliminary Injunction and/or Motion for Temporary Restraining Order be denied. The parties were advised that objections to the Report and Recommendation were due on or before April 29, 2013. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 28th day of August, 2013:

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** as the Opinion of the Court.

By the Court:

s/ Terrence F. McVerry
United States District Judge

cc: ROBERT HANKINS
DT-3209
SCI Dallas
1000 Follies Road
Dallas, PA 18612
(via first-class mail)

Mary Lynch Friedline
Email: mfriedline@attorneygeneral.gov