# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Robert Hankins,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 1:12-168 |
| v. | ) | District Judge Terrence F. McVerry |
| | ) | Magistrate Judge Susan Paradise Baxter |
| **Wolf, et al.** | ) | |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

This case is before the Court on the pending Report and Recommendation filed by Magistrate Judge Baxter on December 19, 2014 (ECF No. 86).[1] In the Report and Recommendation, Judge Baxter recommended that Plaintiffs' motions for preliminary injunction (ECF Nos. 69, 82) be denied for lack of personal jurisdiction over the persons that he seeks to enjoin: employees of the Pennsylvania Department of Corrections employed at the State Correctional Institution at Camp Hill, Pennsylvania who are not named defendants in this action. In addition, Judge Baxter noted that if Plaintiff wishes to obtain injunctive relief against those individuals, he may do so by filing a separate action in the United States District Court for the Middle District of Pennsylvania, or by requesting injunctive relief in an existing action which he has pending in that jurisdiction.

Plaintiff was served with the Report and Recommendation and informed that any objections were due on or before January 5, 2015. Plaintiff has since filed an objection (ECF No. 89). The Court finds that no response is required.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

---

1. Counsel for defendants filed a response to Plaintiffs' more recent motion (ECF No. 85), and Plaintiff filed a reply thereto (ECF No. 88).

**AND NOW**, this 6th day of January, 2015:

**IT IS HEREBY ORDERED** that the objections of Plaintiff are **OVERRULED**, that the Report and Recommendation is **ADOPTED** as the Opinion of the Court, and that the motions for preliminary objection are **DENIED**.

By the Court:
s/ Terrence F. McVerry
Senior United States District Judge

cc: ROBERT HANKINS
DT-3209
SCI Camphill
PO Box 200
Camp Hill, PA 17001-0200
(via first-class mail)

Mary Lynch Friedline
Email: mfriedline@attorneygeneral.gov