# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Robert Hankins,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 1:12-168 |
| | ) | |
| v. | ) | **District Judge Terrence F. McVerry** |
| | ) | **Magistrate Judge Susan Paradise Baxter** |
| **CO Wolf, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM ORDER

This case is before the Court on a Report and Recommendation filed by Magistrate Judge Susan Paradise Baxter on November 2, 2015 (ECF No. 130). In the Report and Recommendation, Judge Baxter recommended that this Court deny the motion for a temporary restraining order/preliminary restraining order/stay filed pro se by Plaintiff Robert Hankins (ECF No. 124).

Plaintiff was served with the Report and Recommendation and advised that objections thereto were due on or before November 16, 2015. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 14th day of December, 2015:

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** as the Opinion of the Court, and therefore, Plaintiffs' MOTION FOR TEMPORARY RESTRAINING ORDER / PRELIMINARY RESTRAINING ORDER / STAY is **DENIED**.

By the Court:

s/ Terrence F. McVerry
Senior United States District Judge

cc: ROBERT HANKINS
DT-3209
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112
(via first-class mail)

Mary Lynch Friedline
Email: mfriedline@attorneygeneral.gov
Scott A. Bradley
Email: sbradley@attorneygeneral.gov